

THE ATTORNEY GENERAL
OF TEXAS

GERALD C. MANN                    AUSTIN 11, TEXAS
XXXXXXXXXXXXXXXXXXXXXXXXX
ATTORNEY GENERAL

Honorable Jean Rodgers
County Attorney
Hardeman County
Quanah, Texas

Dear Sir:                 Opinion Number O-2555
                          Re: Can a school district lawfully
                              issue bonds to repair the present
                              school building and to take up
                              and discharge the warrants out-
                              standing that were given in pay-
                              ment of the supplies and equip-
                              ment as set forth, all of which
                              vouchers are now past due?

        We are in receipt of your opinion request of recent
date, and quote from your letter as follows:

        "I have been asked by the County Superin-
    tendent of Hardeman County to submit to you the
    following, reference to issuance of bonds by the
    King Common Consolidated School District.

        "Beginning in the school year of 1931-32
    this school district had an unpaid account for
    equipment in the sum of $105.00.

        "During the school year of 1933-34 the
    district had an unpaid account for school
    equipment of $1586.00.

        "For the school year of 1934-35 there were
    unpaid accounts for school equipment and supplies
    such as paint, lumber and the like in the sum of
    $1017.00.

        "For the school year of 1935-36 there was an
    unpaid balance for seats, typewriters, radiators
    in the sum of $1234.22.

        "The school year of 1937-38 there was an
    unpaid balance of $69.45 which was for lumber
    and other like supplies.  In the same year of
    1938-39 there was an unpaid balance of $8.20.

        "As each of these accounts were created the

school district would issue to the party or
the corporation a school voucher payable out
of the current funds for the year in which
they were issued. There are not sufficient
taxes paid to take up the vouchers as they
mature and there are not sufficient delinquent
taxes unpaid to take up the vouchers for the
respective years for which they were issued.

"The school district needs to do some
repairs on the school building and would like
to pay all of the back debts out of a bond
issue. Please advise me the following:

"Can a school district lawfully issue
bonds to repair the present school building
and to take up and discharge the warrants out-
standing that were given in payment of the
supplies and equipment as stated above, all of
which vouchers are now past due, some of them
as you will notice are past due for a good
many years?"

It is the opinion of this department that a school
district may lawfully issue bonds to repair the present school
building under the authority of Article 2784 of the Revised
Civil Statutes of Texas, which provides, in part, that such
bonds may be issued "for the purchase, construction, repair
or equipment of public free school buildings within the limits
of such district, and the purchase of the necessary sites
therefor." However, this department has held in Opinion
Number O-846, a copy of which is enclosed, that bonds cannot
be issued by a school district for the purpose of paying past
due obligations.

Trusting that this answers your question, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By    Claud O. Boothman
            Assistant

COB:s
APPROVED Aug.9, 1940
Grover Sellers
First Assistant Attorney General
APPROVED: Opinion Committee by BWB, Chairman